**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                    :        CHAPTER 13
                          :
JERVAZZ E. BALLARD        :
                          :
        DEBTOR            :        NO. 19-14910 (AMC)

### CERTIFICATION OF NO RESPONSE

        I, David B. Spitofsky, Esquire, counsel for debtor, hereby certify that of this 21st day of August 2019, there has been no response or answer regarding Debtor's Motion to Extend Automatic Stay Under Section 362(c)(3)(B) of the Bankruptcy Code pursuant to the Notice of Motion, Response Deadline and Hearing Date, dated and served August 6, 2019.  It is respectfully requested that said Motion to Extend Automatic Stay Under Section 362(c)(3)(B) of the Bankruptcy Code be presented to the Honorable Ashely M. Chan as UNCONTESTED.

        I certify under penalty of perjury that the foregoing is true and correct.


Dated: August 21, 2019


                              /s/ David B. Spitofsky
                              David B. Spitofsky, Esquire
                              516 Swede Street
                              Norristown, PA 19401
                              Phone No.: (610) 272-4555
                              Fax No.: (610) 272-2961
                              Email: spitofskylaw@verizon.net