**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | : | CHAPTER 13 | Hearing Date: 09/03/19 |
| | : | | Time: 11:00 a.m. |
| JERVAZZ E. BALLARD | : | | Place: Courtroom #4 |
| | : | | U.S. Bankruptcy Ct. |
| | : | | 900 Market Street |
| DEBTOR | : | NO. 19-14910(AMC) | Phila., PA 19107 |

**ORDER EXTENDING AUTOMATIC STAY**

**AND NOW**, this     day of              , 2019, upon consideration of Debtor's Motion to Extend the Automatic Stay under Section 362(c)(3)(B) of the Bankruptcy Code (the "Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED** and that the automatic stay is extended as to all creditors for the duration of this chapter 13 proceeding, or until such time as the stay is terminated under Section 362(c)(1) or (c)(2), or a motion for relief is granted under Section 362(d).

BY THE COURT:

**Date: September 4, 2019**

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

cc: David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401

Frederic J. Baker, Esquire
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

```
KML Law Group, P.C.
Suite 5000
Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532

PA Housing Finance Agency
211 North Front Street
P.O. Box 8029
Harrisburg, PA 17105-8029

Jervazz E. Ballard
7722 Thouron Avenue
Philadelphia, PA 19150

All Creditors and
Interested Parties
```