

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
PHILADELPHIA MUNICIPAL COURT-TRAFFIC DIVISION
800 SPRING GARDEN STREET
PHILADELPHIA, PA  19123-2690
(215) 686-1570

GARY S. GLAZER
ADMINISTRATIVE JUDGE

August 27, 2019

David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA  19401

          Re:  Jervazz E. Ballard
               Bankruptcy No: 19-14910-amc
               Chapter 13

Dear Mr. Spitofsky:

     We have been notified by Federal Bankruptcy Court that the above-captioned matter was filed on August 4, 2019.

     An initial search of our records, based on the social security number provided by the United States Bankruptcy Court, indicated there are no outstanding citations charged to the above-mentioned debtor(s).  However, if you will provide this office with the following information, we will further research the case in an effort to protect the rights of the debtor(s).

     1.  Prior addresses (in or out-of-state)
     2.  Date of birth for the petitioner(s)
     3.  Driver's license number for the petitioner(s)
     4.  Citation number(s)

     If you determine that the Philadelphia Municipal Court, Traffic Division, should not have been listed as a creditor in this case, please advise us so we may bring closure to the matter.

     Please be advised that the Municipal Court, Traffic Division, has no jurisdiction over parking violations.

     Thank you for your cooperation.

                              Sincerely,

                              Gary S. Glazer
                              ADMINISTRATIVE JUDGE

GSG/mm
cc: Bankruptcy Court