United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                Case No. 19-14910-amc
Jervazz E. Ballard                                                                                    Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1                Date Rcvd: Sep 05, 2019
                              Form ID: pdf900          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2019.
db              +Jervazz E. Ballard,    7722 Thouron Avenue,    Philadelphia, PA 19150-2516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Sep 06 2019 03:26:02     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 06 2019 03:25:40
                 Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 06 2019 03:25:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                                TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2019 at the address(es) listed below:
              DAVID B. SPITOFSKY    on behalf of Debtor Jervazz E. Ballard spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 5

```
                    UNITED STATES BANKRUPTCY COURT
                 FOR THE EASTERN DISTRICT OF PENNSYLVANIA

     IN RE:                :   CHAPTER 13       Hearing Date: 09/03/19
                           :                    Time: 11:00 a.m.
     JERVAZZ E. BALLARD    :                    Place: Courtroom #4
                           :                    U.S. Bankruptcy Ct.
                           :                    900 Market Street
         DEBTOR            :   NO. 19-14910(AMC)   Phila., PA 19107
```

### ORDER EXTENDING AUTOMATIC STAY

**AND NOW**, this     day of            , 2019, upon consideration of Debtor's Motion to Extend the Automatic Stay under Section 362(c)(3)(B) of the Bankruptcy Code (the "Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED** and that the automatic stay is extended as to all creditors for the duration of this chapter 13 proceeding, or until such time as the stay is terminated under Section 362(c)(1) or (c)(2), or a motion for relief is granted under Section 362(d).

BY THE COURT:

**Date: September 4, 2019**

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE

cc:  David B. Spitofsky, Esquire
     516 Swede Street
     Norristown, PA 19401

     Frederic J. Baker, Esquire
     833 Chestnut Street, Suite 500
     Philadelphia, PA 19107

     William C. Miller, Esquire
     Chapter 13 Standing Trustee
     P.O. Box 1229
     Philadelphia, PA 19105

```
KML Law Group, P.C.
Suite 5000
Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532

PA Housing Finance Agency
211 North Front Street
P.O. Box 8029
Harrisburg, PA 17105-8029

Jervazz E. Ballard
7722 Thouron Avenue
Philadelphia, PA 19150

All Creditors and
Interested Parties
```