United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-14910-amc
Jervazz E. Ballard                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: JEGilmore         Page 1 of 2              Date Rcvd: Jan 10, 2020
                            Form ID: pdf900         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2020.
```
db              +Jervazz E. Ballard,    7722 Thouron Avenue,    Philadelphia, PA 19150-2516
14368490         AmeriFinancial  Solutions, LLC,    P.O. Box 602570,    Charlotte, NC 28260-2570
14368486        +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,    516 Swede Street,
                 Norristown, PA 19401-4807
14368491        +Department of Labor & Industry,    Office of Chief Counsel,    651 Boas Street, 10th Floor,
                 Harrisburg, PA 17121-0751
14368495        +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
14368496         Macy's,    P.O. Box 4563,    Carol Stream, IL 60197-4563
14368497        +Medical Data Systems, Inc.,    645 Walnut Street,    Suite 5,    Gadsden, AL 35901-4173
14368499        +Philadelphia Municipal Court,    Traffic Division,    800 Spring Garden Street,
                 Philadelphia, PA 19123-2616
14420734        +U.S. BANK NATIONAL ASSOCIATION, (Trustee for the P,    211 North Front Street,
                 Harrisburg, PA 17101-1406
14373117        +U.S. Bank National Association,    c/o Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, Pa 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Jan 11 2020 03:37:44     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 11 2020 03:36:49
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 11 2020 03:37:29     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14368489        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 11 2020 08:39:23     American InfoSource LP,
                 P.O. Box 248848,    Oklahoma City, OK 73124-8848
14373633         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 11 2020 03:38:43
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14368502         E-mail/Text: megan.harper@phila.gov Jan 11 2020 03:37:44     Water Revenue Bureau,
                 Attn.: Pamela Elchert Thurmond, Esquire,    1401 John F. Kennedy Boulevard,    Room 580,
                 Philadelphia, PA 19102
14368488        +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 11 2020 03:37:13     Frederic J. Baker, Esquire,
                 Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
14368492         E-mail/Text: cio.bncmail@irs.gov Jan 11 2020 03:36:30     Internal Revenue Service,
                 P.O. Box 7346,    Philadelphia, PA 19101-7346
14368494         E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 11 2020 03:37:20     Jefferson Capital Systems, LLC,
                 16 Mcleland Road,    Saint Cloud, MN 56303-2198
14368493         E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 11 2020 03:36:34     Jared-Galleria,
                 c/o Comenity Bank,    P.O. Box 182273,    Columbus, OH 43218-2273
14383860        +E-mail/Text: ecfbankruptcy@progleasing.com Jan 11 2020 03:37:17     NPRTO North-East, LLC,
                 256 West Data Drive,    Draper, UT 84020-2315
14368498         E-mail/Text: blegal@phfa.org Jan 11 2020 03:37:13     PA Housing Finance Agency,
                 211 North Front Street,    P.O. Box 8029,    Harrisburg, PA 17105-8029
14368500        +E-mail/Text: csidl@sbcglobal.net Jan 11 2020 03:37:28     Premier Bank Card,    P.O. Box 2208,
                 Vacaville, CA 95696-8208
14368501         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 11 2020 03:35:21
                 Verizon Wireless,    P.O. Box 25505,    Lehigh Valley, PA 18002-5505
14379681        +E-mail/Text: megan.harper@phila.gov Jan 11 2020 03:37:44     Water Revenue Bureau,
                 c/o City of Philadelphia Law Department,    Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor,    Philadelphia, PA 19102-1613
                                                                                               TOTAL: 15

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14368487*       +Jervazz E. Ballard,    7722 Thouron Avenue,    Philadelphia, PA 19150-2516
                                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2          User: JEGilmore           Page 2 of 2                   Date Rcvd: Jan 10, 2020
                              Form ID: pdf900           Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:
              DAVID B. SPITOFSKY    on behalf of Debtor Jervazz E. Ballard spitofskybk@verizon.net,
               spitofskylaw@verizon.net
              LEON P. HALLER    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               lhaller@pkh.com,    dmaurer@pkh.com;mgutshall@pkh.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank National Association, (Trustee for the
               Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                          TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JERVAZZ E. BALLARD | : | |
| | : | |
| DEBTOR | : | NO. 19-14910 (AMC) |

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for David B. Spitofsky, Esquire, counsel for Debtor (the "Application"), and upon Counsel for Debtor's request to retain jurisdiction at the Motion to Dismiss hearing on January 7, 2020, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtor or any other entity pending further order of this court.

3. A hearing shall be held on __February 4__, 2020, at __11:00 a.m.__ in Bankruptcy Courtroom No. 4, U.S. Courthouse, 900 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtor shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before __January 27, 2020__.

January 7, 2020

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge