**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| JERVAZZ E. BALLARD | : | |
| | : | |
| DEBTOR | : | NO. 19-14910 (AMC) |

**CERTIFICATE OF NO RESPONSE**

    I, David B. Spitofsky, Esquire, hereby certify that as of this date, January 31, 2020, in accordance with paragraph 4 of this Court's January 7, 2020 Order, no other party has asserted an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b).


January 31, 2020                                      /s/ David B. Spitofsky
                                                                   David B. Spitofsky, Esquire
                                                                   516 Swede Street
                                                                   Norristown, PA 19401
                                                                   Phone No. (610) 272-4555
                                                                   Fax No. (610) 272-2961
                                                                   Email: spitofskylaw@verizon.net